IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASEY JO PHILLIPS, et al., | ) |
| Plaintiffs, | ) |
| | ) CASE NO.: |
| v. | ) |
| | ) CV-04-RRA-2997 |
| CITY OF BLOUNTSVILLE, et al., | ) |
| Defendants. | ) |

**Memorandum of Opinion**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 412) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to dismiss the plaintiff's claims for wantonness and resultant punitive damages (doc. 40) is due to be **GRANTED**. An appropriate order will be entered.

**DONE** and **ORDERED** this 1st day of November, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE